Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
T: (702) 921-2460; F: (702) 921-2461

Rene E. Thorne* LA Bar No.
thorner@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, LA 70130
T: (504) 208-1755; F: (504) 208-1759
*Pro Hac Vice Application Pending*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; BUBBA GUMP SHRIMP CO., RESTAURANTS, INC., a Delaware corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a DOTTY'S GAMING AND SPIRITS, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a LAUGHLIN RIVER LODGE, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a HOOVER DAM LODGE, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada ex rel,<br><br>Defendants. | Case No.: 2:15-cv-01160-GMN-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, undersigned counsel of record for Plaintiffs Landry's Inc., Bubba Gump Shrimp Co., Restaurants, Inc., Nevada Restaurant Services, Inc. d/b/a Dotty's Gaming and Spirits, Nevada Restaurant Services, Inc. d/b/a Laughlin River Lodge, and Nevada Restaurant Services, Inc. d/b/a Hoover Dam Lodge, certifies that the following have an interest in the outcome of this case:

1. Fertitta Group, Inc., a Delaware corporation, owns 100% of Plaintiff Landry's Inc.

2. Landry's Inc., a Delaware corporation, owns 100% of Plaintiff Bubba Gump Shrimp Co. Restaurants, Inc.

3. Plaintiffs Nevada Restaurant Services, Inc. d/b/a Dotty's Gaming and Spirits; Nevada Restaurant Services, Inc. d/b/a Laughlin River Lodge; and Nevada Restaurant Services, Inc. d/b/a Hoover Dam Lodge, are private, closely held corporations.

Undersigned counsel makes these representations to enable judges of the Court to evaluate possible recusal.

Dated June 29, 2015.

JACKSON LEWIS P.C.

/s/ Elayna J. Youchah
Elayna J. Youchah, Bar No. 5837
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

Rene E. Thorne*
thorner@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, LA 70130
*Pro Hac Vice Application Pending

*Attorneys for Plaintiffs*