Elayna J. Youchah, Bar # 5837
youchahe@jacksonlewis.com
Steven C. Anderson, Bar # 1901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

René E. Thorne, LA Bar No.22875
*Admitted Pro Hac Vice*
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a DOTTY'S GAMING AND SPIRITS, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a LAUGHLIN RIVER LODGE, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a HOOVER DAM LODGE, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada,<br><br>Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR RESPECTIVE OPPOSITION TO AND REPLY IN SUPPORT OF INTERVENOR-DEFENDANT'S MOTION TO INTERVENE OR TO PARTICIPATE AS AMICUS CURIAE**<br><br>**(First Request)** |

Plaintiffs Landry's, Inc.; Bubba Gump Restaurants, Inc.; Claim Jumper Acquisition Company, LLC; Nevada Restaurant Services, Inc. d/b/a Dotty's Gaming and Spirits; Nevada Restaurant Services, Inc. d/b/a Laughlin River Lodge; and Nevada Restaurant Services, Inc. d/b/a Hoover Dam Lodge (collectively, "Plaintiffs"), by and through their counsel of record, Jackson Lewis P.C., and proposed Intervenor-Defendant, Nevada AFL-CIO, by and through its counsel of record, McCracken Stemerman & Holsberry, hereby stipulate and agree to extend the time for the parties to file their respective opposition to and reply in support of Intervenor-Defendant's Motion to Intervene or to Participate as Amicus Curiae (the "Motion to Intervene").

Specifically, the parties stipulate and agree that:

1. Plaintiffs shall have through and including August 7, 2015 to file their Opposition to the Motion to Intervene; and,

2. Intervenor-Defendant, Nevada AFL-CIO, shall have through and including August 27, 2015 to file their Reply in support of the Motion to Intervene.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 23rd day of July, 2015.

| MCCRACKEN STEMERMAN & HOLSBERRY | JACKSON LEWIS P.C. |
|---|---|
| /s/ Andrew J. Kahn | /s/ Elayna J. Youchah |
| Richard McCracken, Bar # 2748 | Elayna J. Youchah, Bar # 5837 |
| Andrew J. Kahn, Bar # 3751 | Steven C. Anderson, Bar # 11901 |
| 1630 S. Commerce St., Ste. A-1 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89169 |
| *Attorneys for Intervenor-Defendant* | *Attorneys for Plaintiffs* |

### ORDER

IT IS SO ORDERED _____July 31_____, 2015.

_____
U.S. District/Magistrate Judge