1  Elayna J. Youchah, Bar # 5837
   youchahe@jacksonlewis.com
2  Steven C. Anderson, Bar # 11901
   steven.anderson@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  René E. Thorne, LA Bar No.22875
   *Admitted Pro Hac Vice*
7  thorner@jacksonlewis.com
   **JACKSON LEWIS P.C.**
8  650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
9  Tel: (504) 208-1755
   Fax: (504) 208-1759
10
   *Attorneys for Plaintiffs*
11

12               **UNITED STATES DISTRICT COURT**

13                     **DISTRICT OF NEVADA**

14

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a DOTTY'S GAMING AND SPIRITS, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a LAUGHLIN RIVER LODGE, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a HOOVER DAM LODGE, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada,<br><br>Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR RESPECTIVE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANT AMY L. PARKS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND JOINDER TO BRIAN SANDOVAL AND SHANNON CHAMBERS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs Landry's, Inc.; Bubba Gump Restaurants, Inc.; Claim Jumper Acquisition Company, LLC; Nevada Restaurant Services, Inc. d/b/a Dotty's Gaming and Spirits; Nevada Restaurant Services, Inc. d/b/a Laughlin River Lodge; and Nevada Restaurant Services, Inc. d/b/a Hoover Dam Lodge (collectively, "Plaintiffs"), by and through their counsel of record, Jackson Lewis P.C., and Defendant Amy L. Parks, by and through her counsel of record, Office of the Attorney General, hereby stipulate and agree to extend the time for the parties to file their respective opposition to and reply in support of Defendant Amy L. Parks' Motion to Dismiss First Amended Complaint and Joinder to Brian Sandoval and Shannon Chambers' Motion to Dismiss ("Motion to Dismiss").

Specifically, the parties stipulate and agree that:

1. Plaintiffs shall have through and including August 26, 2015 to file their Opposition to the Motion to Dismiss; and,

2. Defendant Amy L. Parks shall have through September 9, 2015 to file her Reply in support of the Motion to Dismiss.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 12th day of August, 2015.

| OFFICE OF THE ATTORNEY GENERAL | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joanna N. Grigoriev<br>Joanna N. Grigoriev, Bar # 5649<br>Senior Deputy Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101 | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>Steven C. Anderson, Bar # 11901<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Defendant*<br>*Amy L. Parks* | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED

DATED: August 14, 2014

_____
Gloria M. Navarro, Chief Judge
United States District Court