Elayna J. Youchah, Bar # 5837
youchahe@jacksonlewis.com
Steven C. Anderson, Bar # 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

René E. Thorne, LA Bar No.22875
*Admitted Pro Hac Vice*
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a DOTTY'S GAMING AND SPIRITS, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a LAUGHLIN RIVER LODGE, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a HOOVER DAM LODGE, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada,<br><br>Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(Second Request)** |

1
2
3
4
5
6

The undersigned parties, through their respective counsel of record, stipulate and agree to extend the briefing schedule related to Defendants Brian Sandoval and Shannon Chambers' Motion to Dismiss (Dkt. #25) and Defendant Amy L. Parks' Motion to Dismiss (Dkt. #27). The parties agree that Plaintiffs shall have up to and including August 31, 2015, to file their response in Opposition to Defendants' Motions to Dismiss and Defendants shall have up to and including September 21, 2015, to file their reply briefs.

7
8
9
10
11
12
13
14
15
16

The parties further stipulate that, due to the overlapping nature of the Motions to Dismiss (Dkts. #25 and #27), and Plaintiffs' intent to respond to both motions through a single opposition, that Plaintiffs be permitted to file an opposition of up to and including 35 pages, which exceeds the page limit set forth in LR 7-4 for briefing related to dismissal in this matter. The Court may allow briefs and motions in excess of LR 7-4's limitation when there is good cause. The parties submit that there is good cause in this case and respectfully request that the Court allow Plaintiffs to exceed the page limit. The actual length of Plaintiffs' Opposition to Defendants' Motions to Dismiss (Dkts. #25 and #27) will be approximately 35 pages, excluding exhibits, declarations, a table of contents and authorities. Accordingly, for the reasons set forth above, the parties agree to and request that the Court grant this stipulation pursuant to Local Rule 7-4 and as follows:

17
18
19

1. Plaintiffs shall be allowed to file its Opposition to Defendants' Motion to Dismiss (Dkts. #25 and #27) in excess of 30 pages and no longer than 35 pages, excluding exhibits, declarations and table of contents and authorities;

20
21

2. Plaintiffs shall have through and including August 31, 2015, to file their Opposition to Defendants' Motions to Dismiss (Dkts. #25 and #27); and

3. Defendants shall have through and including September 21, 2015, to file their respective replies in support of their Motion to Dismiss.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 25th day of August, 2015.

| OFFICE OF THE ATTORNEY GENERAL | JACKSON LEWIS P.C. |
|---|---|
| /s/ Scott R. Davis<br>Scott R. Davis, Bar # 10019<br>Deputy Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada  89101 | /s/ Steven C. Anderson<br>Elayna J. Youchah, Bar # 5837<br>Steven C. Anderson, Bar # 11901<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada  89169 |
| *Attorneys for Defendants*<br>*Brian Sandoval and Shannon Chambers* | *Attorneys for Plaintiffs* |

OFFICE OF THE ATTORNEY GENERAL

/s/ Joanna N. Grigoriev
Joanna N. Grigoriev, Bar # 5649
Senior Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101

*Attorneys for Defendant*
*Amy L. Parks*

## **ORDER**

IT IS SO ORDERED  this 26th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court