Elayna J. Youchah, Bar # 5837
youchahe@jacksonlewis.com
Steven C. Anderson, Bar # 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

René E. Thorne, LA Bar No.22875
*Admitted Pro Hac Vice*
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a DOTTY'S GAMING AND SPIRITS, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a LAUGHLIN RIVER LODGE, a Nevada corporation; NEVADA RESTAURANT SERVICES, INC. d/b/a HOOVER DAM LODGE, a Nevada corporation, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada, <br><br>　　　　　Defendants. | Case No. 2:15-cv-01160-GMN-PAL <br><br> **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> **(First Request)** |

The undersigned parties, through their respective counsel of record, stipulate and agree to continue the Scheduling Conference currently set for October 6, 2015 at 9:15 am to October 7, 2015, or as soon thereafter as the Court's calendar permits. The parties ask the Court to note that they are not available on the 7th, 12th, 13th, 14th, 15th, 16th, 22nd, 27th or the 30th of October.

This stipulation is prompted by a scheduling conflict. Plaintiffs' counsel will be in oral argument on October 6, 2015, before the Nevada Supreme Court in the matter entitled *Lisa Williams, Amber Kline, et al v. Claim Jumper Acquisition Company, LLC*, Supreme Court Case No. 66629.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 23rd day of September, 2015.

| OFFICE OF THE ATTORNEY GENERAL | JACKSON LEWIS P.C. |
|---|---|
| /s/ Scott R. Davis | /s/ Elayna J. Youchah |
| Scott R. Davis, Bar # 10019 | Elayna J. Youchah, Bar # 5837 |
| Deputy Attorney General | Steven C. Anderson, Bar # 11901 |
| 555 E. Washington Ave., Ste. 3900 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| *Attorneys for Defendants Brian Sandoval and Shannon Chambers* | *Attorneys for Plaintiffs* |

OFFICE OF THE ATTORNEY GENERAL

/s/ Joanna N. Grigoriev
Joanna N. Grigoriev, Bar # 5649
Senior Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101

*Attorneys for Defendant Amy L. Parks*

**ORDER**

**IT IS ORDERED** that the scheduling conference currently scheduled for October 6, 2015, at 9:15 a.m., is **VACATED** and **CONTINUED** to October 20, 2015, at 9:30 a.m., in Courtroom 3B.

Dated this 24th day of September, 2015.

Peggy A. Leen
United States Magistrate Judge