Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

René E. Thorne, LA Bar No.22875
thorner@jacksonlewis.com
*Admitted Pro Hac Vice*
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759

*Attorneys for Landry's, Inc.;*
*Bubba Gump Restaurants, Inc.; and*
*Claim Jumper Acquisition Company, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada,<br><br>Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR RESPECTIVE OPPOSITION TO AND REPLY IN SUPPORT OF INTERVENOR-DEFENDANT'S RENEWED MOTION TO INTERVENE**<br><br>**(First Request)** |

Plaintiffs Landry's, Inc.; Bubba Gump Shrimp Co. Restaurants, Inc.; and Claim Jumper Acquisition Company, LLC (collectively "Plaintiffs"), by and through their counsel of record, Jackson Lewis P.C., and Proposed Intervenor Defendant Nevada State Federation of Labor AFL-

CIO ("AFL-CIO"), by and through its counsel of record, McCracken, Stemerman & Holsberry, hereby stipulate and agree to extend the time for the parties to file their respective opposition to and reply in support of AFL-CIO's Renewed Motion to Intervene (ECF No. 58).

Specifically, the parties stipulate and agree that:

1. Plaintiffs shall have from June 20, 2016 through and including July 8, 2016 to file their Opposition to AFL-CIO's Renewed Motion to Intervene;

2. AFL-CIO shall have through and including July 28, 2016 to file a Reply in support of its Renewed Motion to Intervene; and

3. This stipulation is prompted by substantial unforeseen workload and is based on unexpected court filings.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 10th day of June, 2016.

| MCCRACKEN STEMERMAN & HOLSBERRY | JACKSON LEWIS P.C. |
|---|---|
| /s/ Richard McCracken<br>Richard McCracken, Bar # 2748<br>1630 S. Commerce St., Ste. A-1<br>Las Vegas, Nevada 89102 | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>Phillip C. Thompson, Bar # 12114<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Proposed Intervenor-Defendant Nevada State Federation of Labor AFL-CIO* | *Attorneys for Plaintiffs Landry's, Inc.; Bubba Gump Shrimp Co. Restaurants, Inc.; and Claim Jumper Acquisition* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District/Magistrate Judge

Dated: June 10, 2016