Elayna J. Youchah, Bar # 5837
youchahe@jacksonlewis.com
Phillip C. Thompson, Bar # 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

René E. Thorne, LA Bar No.22875
*Admitted Pro Hac Vice*
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada,<br><br>Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT BARBARA RICHARDSON'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND JOINDER TO BRIAN SANDOVAL AND SHANNON CHAMBERS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs Landry's, Inc., Bubba Gump Restaurants, Inc., and Claim Jumper Acquisition Company, LLC (collectively, "Plaintiffs"), by and through their counsel of record, Jackson Lewis P.C., and Defendant Barbara Richardson, by and through her counsel of record, Office of the

Attorney General, hereby stipulate and agree to extend the time for Plaintiffs to file their opposition to Defendant Barbara Richardson's Motion to Dismiss Second Amended Complaint and Joinder to Brian Sandoval and Shannon Chambers' Motion to Dismiss ("Motion to Dismiss").

Specifically, the parties stipulate and agree that Plaintiffs shall have through and including July 1, 2016 to file their Opposition to the Motion to Dismiss.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 13th day of June, 2016.

| OFFICE OF THE ATTORNEY GENERAL | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joanna N. Grigoriev* <br> Joanna N. Grigoriev, Bar # 5649 <br> Senior Deputy Attorney General <br> 555 E. Washington Ave., Ste. 3900 <br> Las Vegas, Nevada  89101 | */s/ Phillip C. Thompson* <br> Elayna J. Youchah, Bar # 5837 <br> Phillip C. Thompson, Bar # 12114 <br> 3800 Howard Hughes Parkway, Ste. 600 <br> Las Vegas, Nevada  89169 |
| *Attorneys for Defendant* <br> *Barbara Richardson* | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED  June 16 , 2016.

_____
U.S. District Judge