Richard G. McCracken
McCracken, Stemerman & Holsberry
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Phone: (702) 386-5107
FAX: (702) 386-9848
Email: rmccracken@dcbsf.com

*Attorney for Intervenor AFL-CIO*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada; BARBARA RICHARDSON, in her official capacity as Insurance Commissioner of the State of Nevada,<br><br>Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO INTERVENE OF INTERVENOR AFL-CIO** |

Plaintiffs Landry's, Inc.; Bubba Gump Shrimp Co. Restaurants, Inc.; and Claim Jumper Acquisition Company, LLC by and through their counsel of record, Jackson Lewis P.C., and Defendants Brian Sandoval, Shannon Chambers, and Barbara Richardson, by and through their counsel of record, Office of the Attorney General, hereby stipulate and agree to continue the hearing date of the Motion To Intervene ("Motion to Intervene").

Specifically, the parties stipulate and agree that the hearing shall be continued from August 9, 2016, to August 16, 2016, at 9:00 a.m.  The dates that work for the parties are as follows:  August 10, 11, 12, 16, 17, 18, 19, 22, and 23.

This stipulation and order is sought in good faith and not for the purposes of delay.  No prior request for any extension of time has been made.

Dated this 29th day of June, 2016.

| OFFICE OF THE ATTORNEY GENERAL | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Joanna N. Grigoriev* | /s/ *Elayna J. Youchah* |
| Joanna N. Grigoriev, Bar #5649<br>Senior Deputy Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101 | Elayna J. Youchah, Bar #5837<br>Phillip c. Thompson, Bar #12114<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Defendant Barbara Richardson* | *Attorneys for Plaintiffs* |

| | |
|---|---|
| McCRACKEN, STEMERMAN & HOLSBERRY | OFFICE OF THE ATTORNEY GENERAL |
| /s/ Richard G. McCracken | /s/ Melissa L. Flatley |
| Richard G. McCracken, Bar #2748<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, Nevada 89102 | Melissa L. Flatley, Bar # 12578<br>Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701 |
| *Attorneys for Intervenor AFL-CIO* | *Attorneys for Defendants Brian Sandoval and Shannon Chambers* |

**ORDER**

IT IS SO ORDERED _____July 6__, 2016

_____
U.S. District Magistrate Judge