1  Elayna J. Youchah, Bar # 5837
   youchahe@jacksonlewis.com
2  Phillip C. Thompson, Bar # 12114
   phillip.thompson@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  René E. Thorne, LA Bar No.22875
   *Admitted Pro Hac Vice*
7  thorner@jacksonlewis.com
   **JACKSON LEWIS P.C.**
8  650 Poydras Street, Suite 1900
   New Orleans, Louisiana 70130
9  Tel: (504) 208-1755
   Fax: (504) 208-1759
10

   *Attorneys for Plaintiffs Landry's Inc.,*
11 *Claim Jumper Acquisition Company, LLC*
   *And Bubba Gump Shrimp Co. Restaurants, Inc.*
12

13                 **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF NEVADA**

15
   LANDRY'S, INC., a Delaware corporation;
16 CLAIM JUMPER ACQUISITION                    Case No. 2:15-cv-01160-GMN-PAL
   COMPANY, LLC, a Nevada limited liability
17 company; BUBBA GUMP SHRIMP CO.
   RESTAURANTS, INC., a Delaware
18 corporation,

19            Plaintiffs,                      **STIPULATION AND ORDER TO
                                               EXTEND TIME FOR PLAINTIFFS
20       v.                                    TO FILE THEIR OPPOSITION TO
                                               INTERVENOR NEVADA STATE
21 BRIAN SANDOVAL, in his official capacity as FEDERATION OF LABOR, AFL-
   Governor of the State of Nevada; SHANNON    CIO'S MOTION TO DISMISS
22 CHAMBERS, in her official capacity as Labor SECOND AMENDED COMPLAINT
   Commissioner of the State of Nevada, AMY L.
23 PARKS, in her official capacity as Acting   **(First Request)**
   Insurance Commissioner of the State of Nevada,
24
            Defendants.
25

26       Plaintiffs Landry's, Inc., Bubba Gump Restaurants, Inc., and Claim Jumper Acquisition

27 Company, LLC (collectively, "Plaintiffs"), by and through their counsel of record, Jackson Lewis

28 P.C., and Intervenor Nevada State Federation of Labor, AFL-CIO ("Intervenor"), by and through

JACKSON LEWIS P.C.
  LAS VEGAS

1   its counsel of record, McCracken , Stemerman & Holsberry, hereby stipulate and agree to extend

2   the time for the Plaintiffs to file their opposition to Intervenor's Motion to Dismiss Second

3   Amended Complaint ("Motion to Dismiss").

4           This extension is necessary because the Motion to Dismiss raises numerous questions of

5   federal and state statutory and constitutional law.  The nature of the claims and parties in this case

6   and the subjects underlying the Motion to Dismiss are such that Plaintiffs require substantially more

7   time to brief them than a typical motion under Fed. R. Civ. P. 12(b)(6).

8           Accordingly, the parties stipulate and agree that Plaintiffs shall have a brief, two-week

9   extension through and including September 20, 2016, to file their Opposition to the Motion to

10  Dismiss.

11          This stipulation and order is sought in good faith and not for the purpose of delay.  No prior

12  request for any extension of time has been made.

13          Dated this 19th day of August, 2016.

14  McCRACKEN, STEMERMAN &              JACKSON LEWIS P.C.
    HOLSBERRY
15

16  */s/ Richard McCracken*                */s/ Phillip C. Thompson*
    Richard McCracken, Bar # 2748        Elayna J. Youchah, Bar # 5837
17  1630 S. Commerce Street, Suite A-1    Phillip C. Thompson, Bar # 12114
    Las Vegas, Nevada 89102              3800 Howard Hughes Parkway, Ste. 600
18                                       Las Vegas, Nevada  89169
    *Attorneys for Intervenor*             *Attorneys for Plaintiffs*
19  *Nevada State Federation of Labor, AFL-CIO*

20                                  **ORDER**

21          IT IS SO ORDERED.

22          DATED this __24__ day of August, 2016.

23

24                                       _____
                                         U.S. District Judge
25

26

27

28