| | |
|---|---|
| Elayna J. Youchah<br>Nevada State Bar No. 5837<br>**JACKSON LEWIS P.C.**<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 921-2460<br>Fax: (702) 921-2461<br>youchahe@jacksonlewis.com<br><br>*Attorneys for Plaintiffs Landry's Inc.,*<br>*Claim Jumper Acquisition Company, LLC*<br>*and Bubba Gump Shrimp Co. Restaurants, Inc.* | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANDRY'S, INC., a Delaware corporation; CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company; BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., a Delaware corporation,<br><br>   Plaintiffs,<br><br>  v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; SHANNON CHAMBERS, in her official capacity as Labor Commissioner of the State of Nevada, AMY L. PARKS, in her official capacity as Acting Insurance Commissioner of the State of Nevada,<br><br>   Defendants. | Case No. 2:15-cv-01160-GMN-PAL<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA AFL-CIO,<br><br>   Intervenor-Defendant. | |

The undersigned remaining parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 31st day of May, 2017.

| OFFICE OF THE ATTORNEY GENERAL | JACKSON LEWIS P.C. |
|---|---|
| /s/ Melissa L. Flatley<br>Adam Paul Laxalt<br>Melissa L. Flatley, Bar # 12578<br>100 North Carson Street<br>Carson City, Nevada 89701<br><br>*Attorneys for Defendant*<br>*Shannon Chambers* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiffs*<br>*Landry's Inc., Claim Jumper Acquisition Company, LLC, and Bubba Gump Shrimp Co. Restaurants, Inc.* |

MCCRACK STEMERMAN & HOLSBERRY

/s/ Richard McCracken
Richard McCracken, Bar # 2748
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102

*Attorneys for Intervenor*
*Nevada State Federation of Labor, AFL-CIO*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2017